**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

MICHAEL PAUL MCKEEHAN,          :
                                :
     Petitioner,              :
                                :
v.                              :          Case No. 1:09-CV-117 (WLS)
                                :
MARTY ALLEN, *et al.*,          :
                                :
     Respondents.             :
_____ :

## ORDER

    Before the Court is the Report and Recommendation (Doc. 46) from United States Magistrate Judge Thomas Q. Langstaff filed November 23, 2010.  Pursuant to 28 U.S.C. § 1915A, Judge Langstaff conducted a review of Petitioner's claims arising out of alleged violations of 42 U.S.C. § 1983 and the pending Motion for Summary Judgment.

    Judge Langstaff recommends that Petitioner's Complaint be DISMISSED-without-prejudice.  (Doc. 46).  Judge Langstaff's Recommendation for dismissal is based on Petitioner's failure to diligently prosecute this action.  (Id. at 2).  Petitioner has filed no objections to date. (*See generally* Docket).

    Upon full review and consideration upon the record, the Court finds that Petitioner has failed to prosecute his case and has failed to comply with the Court's Orders.  *See* Fed. R. Civ. P. 41(b).  Accordingly, Judge Langstaff's Report and Recommendation (Doc. 46) should be, and hereby is, **ACCEPTED, ADOPTED**, and made the Order of this Court for reason of the findings made and reasons stated therein.  Accordingly, Petitioner's Complaint (Doc. 1) is **DISMISSED-without-prejudice**.  Respondents' Motion for Summary Judgment (Doc. 34) is

**DENIED-as-moot**.  The Court finds that lesser sanctions would not suffice.  *See* <u>Goforth v.</u> <u>Owens</u>, 766 F.2d 1533, 1535 (11th Cir. 1985).

     **SO ORDERED**, this  23rd  day of September, 2011.

             /s/ W. Louis Sands
             **THE HONORABLE W. LOUIS SANDS,**
             **UNITED STATES DISTRICT COURT**